IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Plea reset for 9/10/12 at 10:00 a.m.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | NO. 3:10-215 |
| | ) | JUDGE TRAUGER |
| ANGELA MARIE GARCIA | ) | |

_____

## MOTION TO CONTINUE CHANGE OF PLEA HEARING
_____

In consultation with Assistant United States Attorney Blanche Cook, and with her agreement, Defendant ANGELA GARCIA, through counsel, moves the Court to continue, for two weeks, the plea hearing which is now set for August 23, 2012 at 2:30 p.m. (ECF Document 357).

(Assistant United States Attorney Blanche Cook and defense counsel Ken Quillen are waiting on approval of a proposed Information and suspect the approval might not come before the presently scheduled plea date.)

Respectfully submitted,

s/ Kenneth Quillen
Attorney for Angela Garcia
95 White Bridge Rd., Suite 208
Nashville, TN 37205
(615) 356-1580

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been emailed to Ms. Blanche Cook, Assistant United States Attorneys, 110 Ninth Avenue South, Nashville, TN 37203-3870, on this 16th day of August, 2012.

s/ Kenneth D. Quillen